UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY R. LeBLANC,

        Plaintiff,                Case No. 1:15-cv-687

v.                                    Honorable Paul L. Maloney

COUNTY OF KALAMAZOO,

        Defendant.
_____/

## JUDGMENT

In accordance with the Order issued this date,

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.

Dated:  September 18, 2015        /s/ Paul L. Maloney
                                                     Paul L. Maloney
                                                     United States District Judge